180 F.2d 174
 Vincent A. WATSON et al.
v.
William C. SALOME, Jr., et al.
 No. 4029.
 United States Court of Appeals Tenth Circuit.
 January 24, 1950.
 
 Appeal from the United States District Court for the District of Kansas.
 Waldo B. Wetmore and Lawrence J. Wetzel, Wichita, Kan., for appellants.
 Lawrence E. Curfman, Fred W. Aley and Robert B. Morton, Wichita, Kan., for appellees.
 Before BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed January 24, 1950, on motion of appellants.